# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2025

## NO. 03-24-00198-CV

**Texas Department of Criminal Justice, Appellant**

**v.**

**Salia Issa, Appellee**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the interlocutory order signed by the trial court on March 6, 2024. Texas Department of Criminal Justice has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. No costs of appeal shall be assessed in this Court or in the court below.